JS 44 (Rev. 10/20)

# CIVIL COVER SHEET

The JS 44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. *(SEE INSTRUCTIONS ON NEXT PAGE OF THIS FORM.)*

## I. (a) PLAINTIFFS

COMBS-HARRIS, REGINALD and
COMBS-HARRIS, JARROD

**(b)** County of Residence of First Listed Plaintiff _____
*(EXCEPT IN U.S. PLAINTIFF CASES)*

**(c)** Attorneys *(Firm Name, Address, and Telephone Number)*

DAVID S. DESSEN, ESQUIRE, 600 Eastin Road
Willow Grove, PA 19090; 215 496-2902

## DEFENDANTS

CARVANA LLC

County of Residence of First Listed Defendant _____
*(IN U.S. PLAINTIFF CASES ONLY)*
NOTE: IN LAND CONDEMNATION CASES, USE THE LOCATION OF
THE TRACT OF LAND INVOLVED.

Attorneys *(If Known)*

## II. BASIS OF JURISDICTION *(Place an "X" in One Box Only)*

- [ ] 1 U.S. Government Plaintiff
- [x] 3 Federal Question *(U.S. Government Not a Party)*
- [ ] 2 U.S. Government Defendant
- [ ] 4 Diversity *(Indicate Citizenship of Parties in Item III)*

## III. CITIZENSHIP OF PRINCIPAL PARTIES *(Place an "X" in One Box for Plaintiff and One Box for Defendant)*
*(For Diversity Cases Only)*

| | PTF | DEF | | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | [ ] 1 | [ ] 1 | Incorporated *or* Principal Place of Business In This State | [ ] 4 | [ ] 4 |
| Citizen of Another State | [ ] 2 | [ ] 2 | Incorporated *and* Principal Place of Business In Another State | [ ] 5 | [ ] 5 |
| Citizen or Subject of a Foreign Country | [ ] 3 | [ ] 3 | Foreign Nation | [ ] 6 | [ ] 6 |

## IV. NATURE OF SUIT *(Place an "X" in One Box Only)*

Click here for: Nature of Suit Code Descriptions.

| CONTRACT | TORTS | FORFEITURE/PENALTY | BANKRUPTCY | OTHER STATUTES |
|---|---|---|---|---|
| [ ] 110 Insurance | **PERSONAL INJURY** | [ ] 625 Drug Related Seizure of Property 21 USC 881 | [ ] 422 Appeal 28 USC 158 | [ ] 375 False Claims Act |
| [ ] 120 Marine | [ ] 310 Airplane | [ ] 690 Other | [ ] 423 Withdrawal 28 USC 157 | [ ] 376 Qui Tam (31 USC 3729(a)) |
| [ ] 130 Miller Act | [ ] 315 Airplane Product Liability | | | [ ] 400 State Reapportionment |
| [ ] 140 Negotiable Instrument | | **PERSONAL INJURY** | **PROPERTY RIGHTS** | [ ] 410 Antitrust |
| [ ] 150 Recovery of Overpayment & Enforcement of Judgment | [ ] 320 Assault, Libel & Slander | [ ] 365 Personal Injury - Product Liability | [ ] 820 Copyrights | [ ] 430 Banks and Banking |
| [ ] 151 Medicare Act | [ ] 330 Federal Employers' Liability | [ ] 367 Health Care/ Pharmaceutical Personal Injury Product Liability | [ ] 830 Patent | [ ] 450 Commerce |
| [ ] 152 Recovery of Defaulted Student Loans (Excludes Veterans) | [ ] 340 Marine | | [ ] 835 Patent - Abbreviated New Drug Application | [ ] 460 Deportation |
| | [ ] 345 Marine Product Liability | [ ] 368 Asbestos Personal Injury Product Liability | [ ] 840 Trademark | [ ] 470 Racketeer Influenced and Corrupt Organizations |
| [ ] 153 Recovery of Overpayment of Veteran's Benefits | [ ] 350 Motor Vehicle | **PERSONAL PROPERTY** | [ ] 880 Defend Trade Secrets Act of 2016 | [ ] 480 Consumer Credit (15 USC 1681 or 1692) |
| [ ] 160 Stockholders' Suits | [ ] 355 Motor Vehicle Product Liability | [ ] 370 Other Fraud | | [ ] 485 Telephone Consumer Protection Act |
| [ ] 190 Other Contract | [ ] 360 Other Personal Injury | [ ] 371 Truth in Lending | **LABOR** | [ ] 490 Cable/Sat TV |
| [ ] 195 Contract Product Liability | [ ] 362 Personal Injury - Medical Malpractice | [ ] 380 Other Personal Property Damage | [ ] 710 Fair Labor Standards Act | [ ] 850 Securities/Commodities/ Exchange |
| [ ] 196 Franchise | | [ ] 385 Property Damage Product Liability | [ ] 720 Labor/Management Relations | [ ] 890 Other Statutory Actions |
| | | | [ ] 740 Railway Labor Act | [ ] 891 Agricultural Acts |
| **REAL PROPERTY** | **CIVIL RIGHTS** | **PRISONER PETITIONS** | [ ] 751 Family and Medical Leave Act | [ ] 893 Environmental Matters |
| [ ] 210 Land Condemnation | [x] 440 Other Civil Rights | **Habeas Corpus:** | [ ] 790 Other Labor Litigation | [ ] 895 Freedom of Information Act |
| [ ] 220 Foreclosure | [ ] 441 Voting | [ ] 463 Alien Detainee | [ ] 791 Employee Retirement Income Security Act | [ ] 896 Arbitration |
| [ ] 230 Rent Lease & Ejectment | [ ] 442 Employment | [ ] 510 Motions to Vacate Sentence | | [ ] 899 Administrative Procedure Act/Review or Appeal of Agency Decision |
| [ ] 240 Torts to Land | [ ] 443 Housing/ Accommodations | [ ] 530 General | **SOCIAL SECURITY** | |
| [ ] 245 Tort Product Liability | [ ] 445 Amer. w/Disabilities - Employment | [ ] 535 Death Penalty | [ ] 861 HIA (1395ff) | [ ] 950 Constitutionality of State Statutes |
| [ ] 290 All Other Real Property | [ ] 446 Amer. w/Disabilities - Other | **Other:** | [ ] 862 Black Lung (923) | |
| | [ ] 448 Education | [ ] 540 Mandamus & Other | [ ] 863 DIWC/DIWW (405(g)) | |
| | | [ ] 550 Civil Rights | [ ] 864 SSID Title XVI | |
| | | [ ] 555 Prison Condition | [ ] 865 RSI (405(g)) | |
| | | [ ] 560 Civil Detainee - Conditions of Confinement | **FEDERAL TAX SUITS** | |
| | | | [ ] 870 Taxes (U.S. Plaintiff or Defendant) | |
| | | **IMMIGRATION** | [ ] 871 IRS—Third Party 26 USC 7609 | |
| | | [ ] 462 Naturalization Application | | |
| | | [ ] 465 Other Immigration Actions | | |

## V. ORIGIN *(Place an "X" in One Box Only)*

- [x] 1 Original Proceeding
- [ ] 2 Removed from State Court
- [ ] 3 Remanded from Appellate Court
- [ ] 4 Reinstated or Reopened
- [ ] 5 Transferred from Another District *(specify)*
- [ ] 6 Multidistrict Litigation - Transfer
- [ ] 8 Multidistrict Litigation - Direct File

## VI. CAUSE OF ACTION

Cite the U.S. Civil Statute under which you are filing *(Do not cite jurisdictional statutes unless diversity)*:
42 U.S.C. 1981 and U.S.C. 1982
Brief description of cause:
Defendant failed to honor contract because Plaintiffs are African-American

## VII. REQUESTED IN COMPLAINT:

- [ ] CHECK IF THIS IS A CLASS ACTION UNDER RULE 23, F.R.Cv.P.

**DEMAND $** Less than $150,000

CHECK YES only if demanded in complaint:
**JURY DEMAND:** [x] Yes [ ] No

## VIII. RELATED CASE(S) IF ANY

*(See instructions):*    JUDGE _____    DOCKET NUMBER _____

DATE
12/5/22

SIGNATURE OF ATTORNEY OF RECORD

**FOR OFFICE USE ONLY**

RECEIPT # _____    AMOUNT _____    APPLYING IFP _____    JUDGE _____    MAG. JUDGE _____

## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

REGINALD COMBS-HARRIS AND
JARROD COMBS-HARRIS
5405 Chichester Avenue
Upper Chichester, PA  19014,
              Plaintiffs

    vs.
                                No.

CARVANA. LLC
1930 W. Rio Salado Parkway
Tempe, AZ 85281,
              Defendant

## COMPLAINT

## PARTIES

1.      REGINALD COMBS-HARRIS and JARROD COMBS-HARRIS (hereinafter referred to as "Reginald", "Jarrod" and collectively as "Combis Harris") are adult individuals residing at 5504 Chichester Avenue, Upper Chichester, Delaware County, PA  19014.

2.      Reginald Combs-Harris and Jarrod Combs-Harris are African-Americans.

3.      CARVANA. LLC (hereinafter referred to as "Carvana") is a limited liability company organized and existing under the laws of the State of Arizona with a principal address of 1930 W. Rio Salado Parkway, Tempe, AZ 85281.

4.      Carvana, among other things, sells used cars over the Internet.

## JURISDICTION AND VENUE

5.      This Court has subject matter jurisdiction over Combs-Harris claim for

violation of 42 U.S.C §§ 1981 and 1982 pursuant to 28 U.S.C. § 1331 and § 1343 as a claim arising under the laws of the United States.

6.    Venue is proper in this district pursuant to 28 U.S.C. § 1391(b)(2) in that a substantial part of the events giving rise to this claim occurred in the Eastern District of Pennsylvania.

7.    A trial by jury is demanded.

## FACTS

8.    Carvana operates an Internet website from which it markets and sells used automobiles throughout the United States.

9.    In addition, Carvana operates a fleet of trucks to deliver a car purchased through its Internet website to the buyer.

10.    On or about October 15, 2022, Combs-Harris purchased from Carvana a 2016 BMW Seven Series automobile (hereinafter referred to as the "BMW") to be delivered to them by Carvana later that day.

11.    During the afternoon of October15th, Combs-Harris received a text message from an agent, servant workman and/or employee of Carvana, acting in the course and scope of her employment, who identified herself as "Shayla."

12.    In the text message, Shayla related, among other things:

    a.    That she was from Carvana and would be delivering the BMW to Combs-Harris;

    b.    That both Reginald and Jarrod should take "selfies" holding their drivers' licenses and text the pictures to Shayla and

    c.    That in addition to the selfies, Combs-Harris should separately text

pictures of the front and back of their drivers' licenses and proof of
insurance for the BMW.

13.     As the result of a text from Combs-Harris complaining about Shayla's
requests, Shayla called Combs-Harris.

14.     During the telephone call, Shayla advised Combs-Harris that if they did
not comply with her demands, she would not deliver the BMW to them.

15.     Combs-Harris complied with Shayla's demands and sent to Shayla's
personal cell phone a total of eight (8) photographs depicting themselves, the front and
back of their drivers' licenses and proof of insurance for the BMW.

16.     Shortly after sending the photographs to Shayla, Combs-Harris received
their final text message from Shayla.

17.     Shayla's last text stated in relevant part:

> I apologize Jarrod for the inconvenience of today.  We're going to
> have to get your [sic] reschedule [sic] for today's delivery.  Please
> reach out to Customer support (800-333-4554) for further assistance.

18.     When Combs-Harris contacted Carvana Customer Support, they were told
that Shayla cancelled the delivery because she was uncomfortable.

### COUNT I – 42 U.S.C. § 1981
### Reginald Combs-Harris and Jarrod Combs-Harris v. Carvana LLC

19.     Combs-Harris hereby incorporates paragraphs 1 through 18 as though
fully set forth at length.

20.     Combs-Harris entered into a contract with Carvana on October 15, 2022
for the delivery of the BMW that day.

21.     Shayla, acting in the course and scope of her employment with Carvana,
demanded that Combs-Harris send her selfies so she could determine the race of Reginald

3

and Jarrod.

22.     It is believed and therefore averred that Shayla, while acting in the course and scope of her employment with Carvana, refused to deliver the BMW to Combs-Harris because they were African-American males.

23.     By refusing to deliver the BMW to Comb-Harris, Carvana refuse to perform the contract in the same manner as it would have for white citizens.

24.     By refusing to deliver the BMW to Comb-Harris, Carvana denied Combs-Harris the enjoyment of all benefits, privileges, terms, and conditions of the contractual relationship it would have provided to white citizens.

25.     As a direct and proximate result of Carvana's illegal actions, Combs-Harris had to pay more for an automobile that is similar to the BMW Carvana refused to deliver to them.

26.     As a direct and proximate result of Carvana's illegal actions, Combs-Harris suffered emotional distress and upset from being treated differently than white citizens.

**WHEREFORE**, Reginald Combs-Harris and Jarrod Combs-Harris pray for judgment in their favor and against Carvana LLC in an amount not in excess of $150,000.00, attorney's fees and costs.

## COUNT II – 42 U.S.C. § 1982
### Reginald Combs-Harris and Jarrod Combs-Harris v. Carvana LLC

27.     Combs-Harris hereby incorporates paragraphs 1 through 26 as though fully set forth at length.

28.     By refusing to deliver the BMW to Comb-Harris, Carvana denied Combs-Harris the right to purchase personal property that is enjoyed by to white citizens.

29.    As a direct and proximate result of Carvana's illegal actions, Combs-Harris had to pay more for an automobile that is similar to the BMW Carvana refused to deliver to them.

30.    As a direct and proximate result of Carvana's illegal actions, Combs-Harris suffered emotional distress and upset from being treated differently than white citizens.

**WHEREFORE**, Reginald Combs-Harris and Jarrod Combs-Harris pray for judgment in their favor and against Carvana LLC in an amount not in excess of $150,000.00, attorney's fees and costs.

**DESSEN, MOSES & ROSSITTO**

By _____
DAVID S. DESSEN, ESQUIRE
PA ID. 17627
Attorney for Plaintiffs

600 Easton Road
Willow Grove, PA  19090
(215) 658-1400
ddessen@dms-lawyer.com

**UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

## DESIGNATION FORM
*(to be used by counsel or pro se plaintiff to indicate the category of the case for the purpose of assignment to the appropriate calendar)*

Address of Plaintiff: _____ 5405 Chichester Avenue, Upper Chichester, PA 19014 _____

Address of Defendant: _____ 1930 W. Rio Salado Parkway, Tempe, AZ 85281 _____

Place of Accident, Incident or Transaction: _____ 5405 Chister Avenue, Upper Chister, PA 19014 _____

---

**RELATED CASE, IF ANY:**

Case Number: _____  Judge: _____  Date Terminated: _____

Civil cases are deemed related when *Yes* is answered to any of the following questions:

| | | | |
|---|---|---|---|
| 1. | Is this case related to property included in an earlier numbered suit pending or within one year previously terminated action in this court? | Yes ☐ | No ☑ |
| 2. | Does this case involve the same issue of fact or grow out of the same transaction as a prior suit pending or within one year previously terminated action in this court? | Yes ☐ | No ☑ |
| 3. | Does this case involve the validity or infringement of a patent already in suit or any earlier numbered case pending or within one year previously terminated action of this court? | Yes ☐ | No ☑ |
| 4. | Is this case a second or successive habeas corpus, social security appeal, or pro se civil rights case filed by the same individual? | Yes ☐ | No ☑ |

I certify that, to my knowledge, the within case ☐ is / ☑ is not related to any case now pending or within one year previously terminated action in this court except as noted above.

DATE: 12/05/2022          *Must sign here*          17627

*Attorney-at-Law / Pro Se Plaintiff*          *Attorney I.D. # (if applicable)*

---

**CIVIL: (Place a √ in one category only)**

**A.** *Federal Question Cases:*

- ☐ 1. Indemnity Contract, Marine Contract, and All Other Contracts
- ☐ 2. FELA
- ☐ 3. Jones Act-Personal Injury
- ☐ 4. Antitrust
- ☐ 5. Patent
- ☐ 6. Labor-Management Relations
- ☑ 7. Civil Rights
- ☐ 8. Habeas Corpus
- ☐ 9. Securities Act(s) Cases
- ☐ 10. Social Security Review Cases
- ☐ 11. All other Federal Question Cases
  *(Please specify):* _____

**B.** *Diversity Jurisdiction Cases:*

- ☐ 1. Insurance Contract and Other Contracts
- ☐ 2. Airplane Personal Injury
- ☐ 3. Assault, Defamation
- ☐ 4. Marine Personal Injury
- ☐ 5. Motor Vehicle Personal Injury
- ☐ 6. Other Personal Injury *(Please specify):* _____
- ☐ 7. Products Liability
- ☐ 8. Products Liability – Asbestos
- ☐ 9. All other Diversity Cases
  *(Please specify):* _____

---

**ARBITRATION CERTIFICATION**
*(The effect of this certification is to remove the case from eligibility for arbitration.)*

I, _____, counsel of record *or pro se plaintiff*, do hereby certify:

- ☐ Pursuant to Local Civil Rule 53.2, § 3(c) (2), that to the best of my knowledge and belief, the damages recoverable in this civil action case exceed the sum of $150,000.00 exclusive of interest and costs:

- ☐ Relief other than monetary damages is sought.

DATE: _____  *Sign here if applicable* _____  _____

*Attorney-at-Law / Pro Se Plaintiff*          *Attorney I.D. # (if applicable)*

NOTE: A trial de novo will be a trial by jury only if there has been compliance with F.R.C.P. 38.

Civ. 609 (5/2018)