**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| |
|---|
| **REGINALD COMBS-HARRIS and JARROD COMBS-HARRIS,**<br><br>*Plaintiffs*<br><br>v.<br><br>**CARVANA, LLC,**<br><br>*Defendant* |

**Case No. 2:22-cv-04845-JDW**

## ORDER

**AND NOW**, this 4th day of April, 2023, upon review of Defendant Carvana LLC's Motion To Dismiss For Failure To State A Claim (ECF No. 8), and for the reasons set forth in the accompanying Memorandum, it is **ORDERED** that the Motion is **GRANTED** and Plaintiffs' Complaint is **DISMISSED WITH PREJUDIC**E. The Clerk Of Court shall mark this case closed for statistical purposes.

**BY THE COURT:**

*/s/ Joshua D. Wolson*
Joshua D. Wolson
United States District Judge